5009428.003

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CROWLEY PUERTO RICO SERVICES, INC.,
*Plaintiff,*

vs.                                    CASE NO.: 3:15-cv-13-J-20PDB

COAMO AUTO SALES CORP.,
*Defendant.*

_____/

## CIVIL COMPLAINT IN ADMIRALTY

The Plaintiff, CROWLEY PUERTO RICO SERVICES, INC. (hereinafter "CROWLEY") by and

through its undersigned counsel files herewith this Complaint against COAMO AUTO SALES CORP.

and for cause of action *in personam* states as follows:

## THE PARTIES

1. CROWLEY PUERTO RICO SERVICES, INC. is a diversified maritime company engaged

in containerized and general cargo transportation between ports in the mainland USA and Puerto Rico.

CROWLEY is fully authorized to bring this suit.

2. COAMO AUTO SALES CORP., is a corporation located in Coamo, Puerto Rico.  COAMO

AUTO SALES CORP. is a consignee of cargo in relation to CROWLEY, as carrier.

## JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C. §1333.  CROWLEY is seeking to enforce

rights under maritime contracts, making this an admiralty and maritime claim within the meaning of Rule

9(h) of the Federal Rules of Civil Procedure.

## VENUE

4. Venue in this case is proper. A substantial part of the events giving rise to the claim asserted

by the plaintiff occurred within the territorial limits of the United States District Court for the Middle

District of Florida. Additionally, COAMO AUTO SALES CORP. is the bill to party and consigness of

bill of lading contracts issued in Jacksonville, Florida which form the basis of this complaint. Finally,

COAMO AUTO SALES CORP. does business within the territorial limits of the United States District

Court for the Middle District of Florida in that all of the cargo which forms the basis of the complaint was

purchased by COAMO AUTO SALES CORP. in Orlando, Florida.

## FACTUAL ALLEGATIONS

5. Between April 2014 and August 2014, COAMO AUTO SALES CORP. caused to be

delivered certain goods for carriage by CROWLEY between Jacksonville, Florida and Puerto Rico at the

agreed charges to be paid by COAMO AUTO SALES CORP. to CROWLEY pursuant to contracts of

affreightment.

6. Thereafter, the said goods were transported by CROWLEY to the Port of San Juan and

delivered to COAMO AUTO SALES CORP. COAMO AUTO SALES CORP. failed and refused to

remit payment of $10,455.70 in ocean freight and related charges assessed in accordance with

CROWLEY'S applicable contracts of affreightment, and is the responsible party to pay such charges.

The ocean freight and related charges are on the invoice copies corresponding to the applicable bills of

lading annexed as Exhibit 1.

7. CROWLEY has duly performed all duties and obligations required to be performed by CROWLEY.  COAMO AUTO SALES CORP's contractual obligations to CROWLEY for the transportation of the goods, including payment obligations, are contained in the terms and conditions annexed as Exhibit 2.  COAMO AUTO SALES CORP. has breached those contracts by the complete non-payment of the freight, related charges and attorney's fees due under the contracts.

8. By reason of the foregoing, CROWLEY has sustained damages in the amount of $10,455.70 which, although duly demanded, has not been paid by COAMO AUTO SALES CORP. to CROWLEY. WHEREFORE, Plaintiff prays:

1. For judgment in the amount of $10,455.70  against COAMO AUTO SALES CORP., together with interest thereon from the date due, costs, disbursements and reasonable attorney's fees, all as provided in the applicable contracts of affreightment.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against COAMO AUTO SALES CORP. citing it to appear and answer all the singular matters aforesaid.

3. That  plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated:  Key Biscayne, Florida
        December 18, 2014

                                        HALLEY & HALLEY, P.A.

                                        /s/ Thomas V. Halley

                                        _____
                                        Thomas V. Halley
                                        Florida Bar No. 694363
                                        Trial Counsel for Plaintiff

200 Crandon Boulevard – Suite 332
Key Biscayne, Florida 33149
Telephone: 305-365-1237
E-mail: thalley@shiplaw.net